IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Khasan Amanov,                          )        No.  CV-26-02343-PHX-SPL
                                        )
                Petitioner,             )
                                        )        **ORDER**
vs.                                     )
                                        )
Eric Rokosky, et al.,                   )
                                        )
                Respondents.            )
                                        )
                                        )

Petitioner Khasan Amanov has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Honorable Michael T. Morrissey, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 12), recommending that the Court grant the Petition in part.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and grant the Petition in part. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further

evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.     That Magistrate Judge Michael T. Morrissey's Report and Recommendation (Doc. 12) is **accepted** and **adopted** by the Court;

2.     That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **granted in part** and Petitioner shall be provided a bond determination hearing or bond hearing in the first instance;

3.     That Respondents shall provide Petitioner such hearing within **seven (7) business days** of the entry of judgment;

4.     That Respondents shall file a notice of compliance within **three (3) days** of providing Petitioner with a hearing;

5.     That Petitioner's Motions for Status (Docs. 11 and 14) are **granted** to the extent of the explanation provided herein; and

6.     That the Clerk of Court shall **terminate** this action.

Dated this 3rd day of August, 2026.

_____
Honorable Steven P. Logan
United States District Judge

2