# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khasan Amanov, | **NO. CV-26-02343-PHX-SPL** |
|         Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Eric Rokosky, et al., | |
|         Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed August 3, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in part. This action is hereby dismissed.

Daniel R. McAllister
District Court Executive/Clerk of Court

August 3, 2026

s/ E. Aragon
By   Deputy Clerk